# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| Bobby Ayers, <br><br> Plaintiff, <br><br> v. <br><br> First Premier Bank, <br> Equifax Information Services, LLC, <br> Experian Information Solutions, Inc.; and <br> TransUnion, LLC, <br><br> Defendants. | Case No. 2:23-cv-11763-SJM-APP <br><br> **NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC and Experian Information Solutions, Inc. remain pending.

Dated:   October 3, 2023

/s/ Joseph Panvini
Joseph Panvini, Esq.
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251
Phone: 602-456-8900
Fax: 602-218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

    */s/ Joseph Panvini*