UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Bobby Ayers,<br><br>    Plaintiff,<br><br>v.<br><br>First Premier Bank,<br>Equifax Information Services, LLC,<br>Experian Information Solutions, Inc.; and<br>TransUnion, LLC,<br><br>    Defendants. | Case No. 2:23-cv-11763-SJM-APP<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Equifax Information Services, LLC remain pending.

    Dated:    November 1, 2023

    /s/ Joseph Panvini
    Joseph Panvini, Esq.
    McCarthy Law PLC
    4250 N. Drinkwater Blvd. Ste. 320
    Scottsdale, AZ 85251
    Phone: 602-456-8900
    Fax: 602-218-4447
    joe.panvini@mccarthylawyer.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joseph Panvini*